IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE CORNELIUS WILLIAMS,

    Petitioner,

v.

                                Case No. 17-cv-826-wmc

LOUIS WILLIAMS, II,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying Willie Williams's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

| | |
|---|---|
| /s/ | November 3, 2021 |
| Peter Oppeneer, Clerk of Court | Date |